**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-80030-CR-DIMITROULEAS/MATTHEWMAN**

**UNITED STATES OF AMERICA**

**vs.**

**PHILLIP BRAUN,**
**Defendant.**
**_________________________________/**

**UNOPPOSED MOTION OF DEFENDANT BRAUN TO ALLOW TRAVEL TO MIDDLE DISTRICT OF FLORIDA FOR FAMILY HOLIDAY VISIT; REQUEST FOR EXPEDITED CONSIDERATION**

Defendant Phillip Braun asks this Court for permission to travel to Inverness, Florida, in the Middle District of Florida, for family reasons to spend the Christmas holiday with his fiancé's family, including her elderly grandmother, whose health is failing. If travel is permitted, Mr. Braun intends to drive with his fiancé tonight, December 23, 2021, or tomorrow, December 24, 2021, to Inverness, returning to the Southern District of Florida on Sunday, December 26, 2021. Counsel for the United States does not oppose this request for travel permission. Mr. Braun's Pretrial Services Officer, Officer Steffi Jean-Jacques, informed Mr. Braun that personal travel, while not disallowed, must be presented to this Court for approval. Because

of the approach of the holiday, an expedited consideration is requested.

1. Mr. Braun's fiancé's family lives in Inverness, Florida. His fiancé's grandmother, 92-years old, is in failing health. Mr. Braun's fiancé made plans only this week to travel to Inverness, Florida to spend the Christmas Holiday with her parents and grandmother. Mr. Braun, considered part of the family, has not seen his grandmother-in-law-to-be since the onset of this case. He and his fiancé hope to spend what might well be their last Christmas together with his fiancé's family and grandmother. Mr. Braun is prepared to report to prison, if sentenced to a term of incarceration, in early 2022. Consequently, this may (he hopes not) be his last opportunity to spend the Christmas holiday with his fiancé's grandmother.

2. Travel to Inverness, Florida, in the Middle District of Florida, by car is a 3-hour trip. In Inverness, Mr. Braun intends to be with his fiancé's family the entire time, staying at his fiancé's parent's home, Chuck and Cheryl Trentacosta, at 8885 South Thoroughbred Pt., Inverness, FL 34452.

3. The family holiday plans include spending time with the family members for what will likely be Mr. Braun's last Christmas

holiday before his expected incarceration. Mr. Braun does not intend to go anywhere or do anything that is not part of the family holiday visit. His fiancé has planned an afternoon horse ride and holiday picnic on Friday with her parents and relatives. Friday night, Christmas Eve, will include a family gathering exchanging gifts, a tradition in the Trentacosta family. Saturday, Christmas Day, is family time spent at home, with a Christmas brunch.

4. If given this opportunity, Mr. Braun intends to use this family occasion to propose to his fiancé. Her father has given his approval.

5. This personal travel is not in any way inconsistent with the terms of Mr. Braun's pretrial release. He fully accepted responsibility for his conduct, pled guilty as part of a Plea Agreement (DE534-535), and will be sentenced on January 27, 2021 (DE532). He is following the terms of his pretrial release.

6. Mr. Braun will continue to comply with all conditions of his pretrial release while traveling to the Middle District of Florida and returning to the Southern District of Florida.

7. Mr. Braun consulted with Pretrial Services Officer Steffi Jean-Jacques, who informed Mr. Braun that this request for personal travel leave must be approved by this Court.

8. Counsel for the United States, David Frank, has been consulted and does not oppose this motion.

9. For these reasons, Mr. Braun seeks this limited permission to travel as stated. He also asks this Court to expedite consideration under these emergency circumstances.

10. A proposed form of Order is attached.

Respectfully submitted,

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**JOHAN DOS SANTOS**
Florida Bar No. 1025373
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Tel: 305.789.5989
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

## CERTIFICATE OF SERVICE

I certify on December 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: *S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**