**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-80030-CR-DIMITROULEAS/MATTHEWMAN**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**AARON SINGERMAN,**

**Defendant.**
_______________________________/

**PROPOSED ORDER**

This Court, having read and considered Defendant Singerman's Motion to Permit Fingerprinting by Local Jail Deputies, hereby GRANTS that motion and ORDERS that Broward County Sheriff's Office deputies, or such other qualified law enforcement personnel as may be necessary, be permitted to take Mr. Singerman's fingerprints and provide the same to Mr. Singerman's attorneys for use in resolving his pending state court criminal charges.

SO ORDERED this the 4 day of February, 2022.

Hon. William P. Dimitrouleas
United States District Judge

cc: Counsel of record
U.S. Marshal